IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                           CASE NO: 11-50003
                                          )      Chapter 13
Gina Marie Whitmore
                                          )

                                          )

       Debtor(s).                         )      Judge Marilyn Shea-Stonum
                                          )
                                                 MOTION FOR AN ORDER
                                                 REQUIRING REDACTION

     Now comes the above-captioned debtor, by and through the undersigned counsel, who prays for the entry of an order directing the Akron Police Credit Union to redact social security numbers and other personal identifiers from attachments to its proof of claim filed herein as proof of claim number 2-1 as required by Administrative Order 09-01.

     WHEREFORE, the debtor prays for the entry of an order as prayed for above.

     Respectfully Submitted,

     /s/ Robert M. Whittington, Jr. 0007851
     159 S. Main St., Suite 1023
     Akron, OH 44308
     330 384 8484
     fax 330 384 8953
     elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing was sent by electronic ECF notice this 18th day of January, 2011 to Keith Rucinski, chapter 13 trustee and to the U.S. Trustee and by ordinary U.S. Mail, postage prepaid, to:

Akron Police Credit Union
217 S. High St., #508
Akron, OH 44308

     /s/ Robert M. Whittington, Jr.